No. 85–1890. GARLAND INDEPENDENT SCHOOL DISTRICT ET AL. *v.* TEXAS STATE TEACHERS ASSN. ET AL. Affirmed on appeal from C. A. 5th Cir. THE CHIEF JUSTICE and JUSTICE WHITE would note probable jurisdiction and set case for argument.

No. 85–1979. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. Affirmed on appeal from D. C. D. C.

No. 85–1953. KANSAS CITY POWER & LIGHT CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 85–2033. NINTH STREET COMMUNITY PAVING PROJECT COMMITTEE ET AL. *v.* CITY OF IRONTON, OHIO, ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 85–2057. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. *v.* STATE BOARD OF EQUALIZATION AND ASSESSMENT ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.